UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2285-CV-1339

| | |
|---|---|
| BETHANY TAYLOR, BRENDA MCGOVERN, CHRISTINA NADEAU, CHRISTINE MCWILLIAMS, and MICHELLE LAWRENCE,<br>        Plaintiffs,<br><br>    v.<br><br>MILFORD REGIONAL MEDICAL CENTER, INC.,<br>        Defendant. | **<u>NOTICE OF REMOVAL</u>** |

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant, Milford Regional Medical Center, Inc., hereby files this Notice of Removal of this action from the Superior Court of the Commonwealth of Massachusetts, Worcester County (the "Superior Court"), to the United States District Court for the District of Massachusetts.  In support of removal, Defendant states as follows:

1.   On or about November 23, 2022, Plaintiffs, Bethany Taylor, Brenda McGovern, Christina Nadeau, Christina McWilliams, and Michelle Lawrence, commenced a civil action against Defendant in the Worcester Superior Court captioned:  <u>Bethany Taylor, Brenda McGovern, Christina Nadeau, Christina McWilliams, and Michelle Lawrence v. Milford Regional Medical Center, Inc.</u>, Docket No. 2285-CV-1339.

2.   On or about January 6, 2023, Defendant was served with Plaintiffs' Superior Court Complaint.  Accordingly, this Notice of Removal is being filed within the time period

required by law, as set forth in 28 U.S.C. § 1446(b).  A copy of Plaintiffs' Complaint is attached as **<u>Exhibit A</u>**.

3.   This action arises out of the former employment relationships between Plaintiffs and Defendant.  In their Complaint, Plaintiffs assert that Defendant discriminated against them on the basis of religion under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e, et seq., and M.G.L. c. 151B, § 4.

4.   Since Plaintiffs have asserted claims for discrimination under Title VII, this action involves a federal question and, therefore, this Court has original jurisdiction over this matter under the provisions of 28 U.S.C. § 1331.  Pursuant to 28 U.S.C. § 1441(a), this action is removable to this Court without regard to the citizenship or residence of the parties.

5.   This Court also has supplemental jurisdiction under the provisions of 28 U.S.C. § 1367 to hear Plaintiffs' state-law claims, which are all related to, and form part of the same case and controversy as, Plaintiffs' claims under Title VII.  Therefore, the Court has supplemental jurisdiction over Plaintiffs' state-law claims and the entire case may be removed to this Court.

6.   Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this notice of removal is being given to all adverse parties promptly after the filing of this notice of removal, as indicated in the attached certificate of service.  Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal, along with accompanying exhibits, will be filed with the Superior Court.

7.   Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiffs, without conceding that Plaintiffs have pleaded any claims upon

which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever.

WHEREFORE, Defendant, Milford Regional Medical Center, Inc., respectfully requests that the above-referenced action now pending against it in the Superior Court of the Commonwealth of Massachusetts, Worcester County, be removed from there to this Court.

**MILFORD REGIONAL MEDICAL CENTER, INC.,**

By its attorneys,

/s/ *Amanda Marie Baer*
Amanda Maria Baer, BBO #681386
Ashlyn E. Dowd, BBO #707121
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 860-1472
Fax:    (508) 983-6230
abaer@mirickoconnell.com
adowd@mirickoconnell.com

Dated: January 27, 2023

<u>CERTIFICATE OF SERVICE</u>

       I, Amanda Marie Baer, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this day. Specifically, I hereby certify that I have this day served a copy of the foregoing document by emailing a copy to Plaintiffs' counsel, Ryan McLane, Esq. at ryan@mclanelaw.com

                                                 */s/ Amanda Marie Baer*
                                               Amanda Marie Baer

Dated: January 27, 2023