UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:23-CV-40009-WGY

BETHANY TAYLOR, BRENDA MCGOVERN, CHRISTINA NADEAU, CHRISTINE MCWILLIAMS AND MICHELLE LAWRENCE,
    Plaintiffs,

v.

MILFORD REGIONAL MEDICAL CENTER, INC.,
    Defendant.

**DEFENDANT'S INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2, Defendant, Milford Regional Medical Center, Inc. ("Milford Regional" or the "Hospital") makes the following initial disclosures:

**(A)    Witnesses**

Individuals who are likely to have discoverable information that the College may use to support its defenses include the following:

| Witnesses | Subject |
| --- | --- |
| 1. Plaintiff Bethany Taylor | The matters set forth in the Complaint, Plaintiff's religion, Plaintiff's requested exemption(s) and accommodation(s), Plaintiff's interactions and communications with employees of the Hospital, and Plaintiff's damages; |
| 2. Plaintiff Brenda McGovern | The matters set forth in the Complaint, Plaintiff's religion, Plaintiff's requested exemption(s) and accommodation(s), |

| | |
|---|---|
| | Plaintiff's interactions and communications with employees of the Hospital, and Plaintiff's damages; |
| 3. Plaintiff Christina Nadeau | The matters set forth in the Complaint, Plaintiff's religion, Plaintiff's requested exemption(s) and accommodation(s), Plaintiff's interactions and communications with employees of the Hospital, and Plaintiff's damages; |
| 4. Plaintiff Christine McWilliams | The matters set forth in the Complaint, Plaintiff's religion, Plaintiff's requested exemption(s) and accommodation(s), Plaintiff's interactions and communications with employees of the Hospital, and Plaintiff's damages; |
| 5. Plaintiff Michelle Lawrence | The matters set forth in the Complaint, Plaintiff's religion, Plaintiff's requested exemption(s) and accommodation(s), Plaintiff's interactions and communications with employees of the Hospital, and Plaintiff's damages; |
| 6. Religious Exemption Committee | Plaintiffs' requested exemptions and accommodations, the religious exemption review process; Plaintiffs' interactions and communications with employees and staff of the Hospital; |
| 7. Other yet to be identified employees of Milford Regional. | Interactions and communications with Plaintiffs. |

The Hospital reserves the right to supplement the foregoing list.

**(B)   Documents**

A description by category of documents, electronically stored information, and tangible things that the Hospital has in its possession, custody or control and may use to support its defenses, is as follows:

1. Milford Regional's COVID-19 Mandatory Vaccine Policy;

2. Correspondence to/from Plaintiffs and the Hospital regarding implementation of the COVID-29 Mandatory Vaccine Policy;

3. Personnel records of Plaintiffs; and

4. Documents regarding the evaluation of Plaintiffs' religious exemption requests, if any.

The Hospital reserves the right to supplement the foregoing list.

**(C)    Damages**

Not applicable.

**(D)    Insurance**

There is an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment which may be entered in this action against the Hospital, or to indemnify or reimburse for payments made to satisfy the judgment, and the Hospital will produce documents sufficient to identify such coverage.

**MILFORD REGIONAL MEDICAL CENTER, INC.,**

By its attorneys,

*Amanda Marie Baer*
Amanda Marie Baer, BBO #681386
Ashlyn E. Dowd, BBO #707121
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
t 508.860.1472
f 508.983.6230
abaer@mirickoconnell.com
adowd@mirickoconnell.com

Dated: March 15, 2023

CERTIFICATE OF SERVICE

    I certify that on this date, the foregoing document was served upon all counsel of record through the Court's electronic filing system as identified in the Notice of Electronic Filing.

    */s/ Amanda Marie Baer*
Amanda Marie Baer, Esq.
Mirick O'Connell
1800 West Park Drive, Suite 400
Westborough, MA 01608
t 508.860.1472
f 508.983.6230
abaer@mirickoconnell.com

Dated: March 15, 2023