UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:23-CV-40009-WGY

| | |
|---|---|
| BETHANY TAYLOR, BRENDA MCGOVERN, CHRISTINA NADEAU, CHRISTINE MCWILLIAMS AND MICHELLE LAWRENCE,<br>    Plaintiffs,<br><br>v.<br><br>MILFORD REGIONAL MEDICAL CENTER, INC.,<br>    Defendant. | **JOINT STATUS REPORT** |

    Plaintiffs, Bethany Taylor, Brenda McGovern, Christina Nadeau, Christine McWilliams, and Michelle Lawrence, and Defendant, Milford Regional Medical Center, Inc., respectfully submit this Joint Status Report.

    The Parties have exchanged initial disclosures and are initiating written discovery. The Parties do not feel a scheduling conference is necessary at this time. Neither Party will be prejudiced by not holding a scheduling conference.

Respectfully submitted:

| | |
|---|---|
| **BETHANY TAYLOR, BRENDA MCGOVERN, CHRISTINA NADEAU, CHRISTINE MCWILLIAMS, AND MICHELLE LAWRENCE** | **MILFORD REGIONAL MEDICAL CENTER, INC.** |
| By their attorney, | By its attorneys, |
| /s/ *Ryan P. McLane* | /s/ *Amanda Marie Baer* |
| Ryan P. McLane, BBO 697464<br>McLane & McLane, LLC<br>269 South Westfield Street<br>Feeding Hills, MA 01030<br>Phone: (413) 789-7771<br>Fax: (413) 789-7731<br>ryan@mclanelaw.com | Robert L. Kilroy, BBO #636853<br>Amanda Marie Baer, BBO #681386<br>Ashlyn E. Dowd, BBO #707121<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581-3926<br>Phone: (508) 860-1472<br>Fax:    (508) 983-6230<br>abaer@mirickoconnell.com<br>adowd@mirickoconnell.com |

Dated: April 21, 2023

## CERTIFICATE OF SERVICE

      I, Amanda Marie Baer, hereby certify that a copy of the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              /s/ *Amanda Marie Baer*
                                              Amanda Marie Baer, Esq.

Dated: April 21, 2023