UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BETHANY TAYLOR et al,<br><br>　　Plaintiffs,<br><br>v.<br><br>MIILFORD REGIONAL<br>MEDICAL CENTER,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION<br>)　NO. 23-40009-MRG<br>)<br>)<br>)<br>)<br>) |

## **SETTLEMENT ORDER OF DISMISSAL**

**GUZMAN, D.J.**

　　The Court having been advised on <u>January 26, 2026</u> that the above titled matter has settled, **IT IS ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to reopen within forty-five (45) days if settlement is not consummated.

　　　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

<u>January 27, 2026</u>　　　　　　　　　　　　　　　　/s/  Suzanne Frisch
Date　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk